# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Western Division

Eric E. Bernard
                              Plaintiff,

v.                                                   Case No.: 3:20−cv−50413
                                                       Honorable Iain D. Johnston

Rob Jeffreys, et al.
                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, September 20, 2023:

      MINUTE entry before the Honorable Margaret J. Schneider: The Court has received the parties' Joint Status Report and Motion to Amend Scheduling Order [179]. Fact discovery deadline is extended to April 15, 2024. The parties are directed to file a joint status report updating the Court on the status of discovery by 11/17/2023. Mailed notice. (jxk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.