FILED SMB
9/28/2023
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

PC SCAN

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, WESTERN DIVISION

| | |
|---|---|
| ERIC L. BERNARD, Plaintiff, | CASE No. 20-CV-50413 |
| v. | The Honorable |
| ROB JEFFREYS, et al., Defendants. | Judge Iain Johnston |

### Plaintiff's Response To Plaintiff's Counsel Motion For Relief From Assignment Pursuant To L.R. 83.38 And To Withdraw

1. On September 19, 2023 Plaintiff's Attorney without notice to Plaintiff, had filed a Motion for Relief from Assignment and to Withdraw.

2. This Motion was brought in bad faith and Attorney Alice Kelly committed FRAUD before the COURT.

3. In it's Motion, counsel claims that on September 13, 2023 a personal incompatibility arose with Plaintiff and the attorneys on this case causing a conflict of interest such that it would be unreasonably difficult for counsel to continue representation of Plaintiff effectively and independently.

1 of 4

4. Plaintiff represents to this Court that there is NO conflict of interest between him and his Attorney.

5. Attorney Kelly is attempting to misguide this Court by making it appear as if there's a conflict of interest when NO conflict of interest exist.

6. Prior to the filing of Attorney Kelly's Motion, Plaintiff had wrote his Attorney Sophie Honeyman seeking advice and speaking on topics from a recent visit with Plaintiff and Honeyman. Nothing in this letter would cause a conflict in interest in this case.

7. The TRUTH is that Attorney Kelly is NOT pleased how this Court has seperated Plaintiff's claims in different lawsuits and feels that this Court is putting a heavy burden on the Firm because the claims is on going through a four year time frame.

8. Instead of directly expressing to this Court that it is NOT pleased with it's decisions and orders, Attorney is trying to present a conflict of interest claim to misguide this Court to be Relief From Assignment.

2 of 4

9. Attorney has expressed to Plaintiff her disapproval of this Court separating claims in these cases as STUPID.

10. Plaintiff informed Attorney Kelly that if it is upset with how the Court made its orders the she should address the Court with her concerns, However, she didn't and was looking for any little reason to create a situation to move for Relief Of Assignment and to Withdraw.

11. As the Court can see in Attorney Kelly's Motion that she only mentioned once a undescribable description of a conflict of interest but heavily points out the hours that her firm has put in on not just this case but ALL pro bono cases at her firm. This shows that this is NOT about a conflict of interest but rather how many hours that they did on pro bono cases.

12. Since there's no conflict of interest and no grounds for Relief Of Assignment or to Withdraw, Attorney Kelly Motion should be denied.

13. In addition, In BERNARD V. JEFFREYS 20-CV-50412, Plaintiff's Attorney in that case has filed a Temporary Restraining Order and a soon

3 of 4

preliminary injunction relief. Plaintiff's attorney in that case contacted this Attorney Kelly asking that they joint in on the motion to get urgent relief for plaintiff's medical needs, Attorney Kelly simply didn't want to get involved because she didn't like how the court separated the claims in different cases

14. This case is to far gone to start over, Plaintiff will be prejudice.

## Conclusion

For these above stated reasons, Plaintiff request that Attorney Kelly Motion to be Relief Of Assignment and Withdraw be Denied and that the case moves forward

Eric Berard #B25318
2600 N. Brinton Ave
Dixon, IL 61021