# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Western Division

Eric E. Bernard

                Plaintiff,

v.

Rob Jeffreys, et al.

                Defendant.

Case No.: 3:20−cv−50413
Honorable Iain D. Johnston

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, December 1, 2023:

      MINUTE entry before the Honorable Margaret J. Schneider: The parties' Joint Motion to Consolidate Cases for Discovery Purposes [190] is granted. Cases 20−cv−50413 and 20−cv−50412 are consolidated for the sole purpose of conducting discovery. Mailed notice. (jxk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.