U.S. DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| ERIC BERNARD (#r-25398), a/k/a TERRELL KING,<br><br>    Plaintiff,<br><br>v.<br><br>ILLINOIS DEPARTMENT OF CORRECTIONS and WEXFORD HEALTH SOURCES, INC.,<br><br>    Defendants. | No. 20cv50412<br><br>Hon. Iain D. Johnston<br>Hon. Margaret J. Schneider |
| ERIC BERNARD (#R-25398), a/k/a TERRELL KING,<br><br>    Plaintiff,<br><br>v.<br><br>ROB JEFFRIES, ANDREA TACK, SONJA NICKLAUS, JOHN VARGA, ANN GRANGER, WEXFORD HEALTH SOURCES, INC., MONICA CARPENTER, CELIA GROSSMAN, LACI BARLO, UNKNOWN IDOC OFFICIALS and UNKNOWN MEDICAL STAFF DEFENDANTS,<br><br>    Defendants. | No. 20cv50413<br><br>Hon. Iain D. Johnston<br>Hon. Margaret J. Schneider |

## JOINT DISCOVERY STATUS REPORT

1. The above-captioned cases have been consolidated for discovery purposes, and the joint discovery report is intended to apply toward both cases. *See e.g.*, Case No. 20-cv-50412, at [ECF #154].

2. Counsel for all parties are currently working to schedule depositions in this matter, including Plaintiff's deposition. Plaintiff's deposition has been scheduled for April 9, 2024, at 9 a.m.

3. Additional depositions are anticipated following Plaintiff's deposition. Plaintiff's counsel will notice depositions for the individual defendants after defense counsel provides available dates.

4. On March 29, 2023 Plaintiff served Requests for Production and Interrogatories to all Defendants.

5. On January 19, 2024, Plaintiff's Counsel contacted Defendant IDOC and the individual IDOC defendants counsel, noting that responses had not been received. At that time Assistant

Attorney General Demetrios Karabetsos informed Plaintiff's counsel that the Attorney General's Office could not locate the discovery documents and requested that they be mailed. Further, Attorney Karabetsos informed Plaintiff's counsel that Assistant Attorney General Sergio Navarrete would be taking over both cases.

6. On March 7, 2024, Attorney Navarrete requested a two week extension for IDOC to respond to Plaintiff's discovery requests, and again requested another two week extension on March 28, 2024, with a goal to respond by April 15, 2024 at the latest. Plaintiff's counsel agreed to both extensions.

7. Fact discovery is currently set to close August 14, 2024.

8. The parties continue to work amicably to complete outstanding discovery goals.

Respectfully submitted,

CASSIDAY SCHADE, LLP

By: /s/ *Joseph M. Ranvestel*
One of the Attorneys for Defendants, WEXFORD HEALTH SOURCES, INC., CECILIA GROSSMAN, LACI BARLOW, DR. MELISSA YOUNG, AMI WATSON, AND DR. MIRELLA SUSNJAR

Matthew H. Weller (6278685)
Stephen J. Gorski (6306046)
Joseph M. Ranvestel (6339560)
CASSIDAY SCHADE LLP
973 Featherstone Rd., Suite 125
Rockford, IL 61107
(815) 962-8301
mweller@cassiday.com
sgorski@cassiday.com
jranvestel@cassiday.com

/s/ *Maria Makar* (with permission)
*One of Plaintiff's Attorneys*
Michael Kanowitz
Maria Makar
Loevy & Loevy
311 N. Aberdeen, 3rd Floor
Chicago, IL 60607
(312) 243-5900
makar@loevy.com
*Attorneys for Plaintiff*

*/s/ Sergio Navarrete*
SERGIO NAVARRETE
Assistant Attorney General
Office of the Illinois Attorney General
General Law Bureau
115 S. LaSalle St.
Chicago, Illinois 60603
(224) 842-0199
sergio.navarrete@ilag.gov

**CERTIFICATE OF SERVICE**

      I hereby certify that on March 29, 2024, I electronically filed the foregoing document with the clerk of the court for Northern District of Illinois, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of E-Filing" to the attorneys of record in this case.

                                                                 /s/Joseph M. Ranvestel

Joseph M. Ranvestel
975 Featherstone Rd. Ste. 125
Rockford, IL 61107
(815) 964-8014
(815) 962-8401 (fax)
jranvestel@cassiday.com