# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Western Division

Eric E. Bernard
                Plaintiff,

v.                                         Case No.: 3:20−cv−50413
                                                      Honorable Iain D. Johnston

Rob Jeffreys, et al.
                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, July 30, 2024:

      MINUTE entry before the Honorable Margaret J. Schneider: Joint Motion for an Extension of the Fact Discovery Deadline [207], is granted. Fact discovery is extended to 10/31/24. Joint status report due 08/09/24 is stricken and reset to 09/12/24 updating the Court on the status of discovery. Mailed notice. (jxk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.