# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Western Division

Eric E. Bernard
                    Plaintiff,

v.　　　　　　　　　　　　　　　　　　Case No.: 3:20−cv−50413
　　　　　　　　　　　　　　　　　　　Honorable Iain D. Johnston

Rob Jeffreys, et al.
                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, August 1, 2025:

    MINUTE entry before the Honorable Margaret J. Schneider: The Court has reviewed Defendants' Motion for an Extension of Time to Complete Expert Discovery [232] and Plaintiff's response [233]. Defendants' motion [232] is granted in part. The Court revises the expert discovery schedule as follows: Disclosure of Defendants' expert reports due by 08/22/25; Defendants' experts to be deposed by 09/22/25; Any rebuttal expert reports due by 10/22/25. Mailed notice. (jxk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.