IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| ERIC BERNARD (#R-25398), a/k/a TERRELL KING, <br><br> Plaintiff, <br><br> v. <br><br> ILLINOIS DEPARTMENT OF CORRECTIONS, and WEXFORD HEALTH SOURCES, INC. <br><br> Defendants. | No. 20-cv-50412 <br><br> Honorable Iain D. Johnston |
| ERIC BERNARD (#R-23598), <br><br> Plaintiff, <br><br> v. <br><br> ROB JEFFREY'S, et al., <br><br> Defendants. | No. 20-cv-50413 <br><br> Honorable Iain D. Johnston |

**DISCOVERY STATUS REPORT**

1. Plaintiff served his Rule 26(a)(2) disclosures and expert reports on May 5, 2025, disclosing three experts: Dr. Kerrie Reed, Phil Stanley, and Jill Tiedmann.

2. Dr. Reed was deposed on May 23, 2025.

3. Phil Stanley was deposed on May 27, 2025.

4. Jill Tiedmann was deposed on June 2, 2025.

5. Defendants served their expert disclosures and report of Kathryn Wild, R.N, on August 4, 2025.

1

6. Defendants plan to serve their physician expert report on or before August 22, 2025.

7. Plaintiff plans to depose Defendants' experts by September 22, 2025.

Respectfully submitted,

**LOEVY & LOEVY**

By: /s/ Maria Makar

One of the Attorneys for Plaintiff, ERIC BERNARD (#R-25398), a/k/a TERRELL KING

Michael Kanovitz
Maria Makar
LOEVY & LOEVY
311 N. Aberdeen St., 3rd Floor
Chicago, IL 60607
(312) 243-5900
makar@loevy.com

**CASSIDAY SCHADE, LLP**

By: /s/Joseph M. Ranvestel

One of the Attorneys for Defendant, WEXFORD HEALTH SOURCES, INC.

Matthew H. Weller (6278685)
Stephen J. Gorski (6306046)
Joseph M. Ranvestel (6339560)
CASSIDAY SCHADE LLP
973 Featherstone Rd., Suite 125
Rockford, IL 61107
(815) 962-8301
mweller@cassiday.com
sgorski@cassiday.com
jranvestel@cassiday.com

**ILLINOIS ATTORNEY GENERAL'S OFFICE**

By: /s/ Dylan Barnick

One of the Attorneys for Defendant Illinois Department of Corrections

Dylan J. Barnick
Assistant Attorney General
Illinois Attorney General's Office
General Law Bureau - Prisoner Litigation Unit
(217)-720-8688

3